Grace Hyland et al., Appellants, v. J. Carleton Harvey, Respondent.

Foster, P. J., Bergan, Coon and Halpern, JJ., concur; Zeller, J., taking no part.

(November 23, 1955.)

In the Matter of the Claim of Rebecca R. Barbour, Respondent. Isador Lubin, as Industrial Commissioner, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

Robert Carney, Respondent, v. Carl L. Clary et al., Doing Business as Clary and Jones, Appellants.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.